THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES BUTLER, INCORPORATED, Appellant.

*People* v. *Butler, Inc.*, 148 App. Div. 928, affirmed.
(Argued October 7, 1914; decided October 23, 1914.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 19, 1912, which affirmed a judgment of the Municipal Court of the city of New York in favor of plaintiff in an action to recover a penalty for an alleged violation of the provision of the Agricultural Law prohibiting the sale of adulterated food.

*Hieronimus A. Herold* and *John H. Rogan* for appellant.

*Thomas Carmody, Attorney-General* (*Charles M. Stern* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN and CARDOZO, JJ. Not sitting: MILLER, J.